**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>NUSSBAUM, GILLIS & DINNER, P.C.,<br><br>Alleged Debtor. | In Involuntary Proceedings Under Chapter 7<br><br>Case No. 2:19-bk-13061-PS<br><br>**AGREED ORDER DISMISSING THE INVOLUNTARY BANKRUPTCY PETITION** |

This matter came before the Court pursuant to *Nussbaum Gillis & Dinner, P.C.'s Motion to Dismiss the Involuntary Bankruptcy Petition* [Dkt. No. 20] filed by Nussbaum Gillis & Dinner, P.C. ("Alleged Debtor") on December 4, 2019 (the "Motion"). In the Motion, Alleged Debtor requests that the Involuntary Bankruptcy Petition initiating the above-captioned Chapter 7 case (the "Involuntary Case") filed by Scottsdale-Kierland IV, LLC ("Petitioning Creditor," and together with Alleged Debtor, the "Parties") be dismissed.

Based upon the agreement of the Parties, the entire record before the Court, and for good cause shown,

IT IS ORDERED:

A. The Involuntary Case at Case No. 2:19-bk-13061-PS is hereby dismissed;

QB\61065918.1

1       B.     Each Party shall bear its own fees and costs associated with the Involuntary Case;

      C.     All claims and rights to judgment under 11 U.S.C. § 303(i) are hereby waived; and

      D.     With the Involuntary Case resolved, Allen Barnes & Jones PLC, Alleged Debtor's counsel, need not file an application with the Court regarding its fees incurred and paid during the pendency of the Involuntary Case.

**DATED AND SIGNED AS INDICATED ABOVE.**

Approved as to form and content, by:

/s/ Michael A. Jones
Michael A. Jones, Esq.
Cody D. Vandewerker, Esq.
David B. Nelson, Esq.
Allen Barnes & Jones, PLC
1850 N. Central Ave., Suite 1150
Phoenix, Arizona 85004
*Attorneys for Debtor*

/s/ Isaac M. Gabriel
Isaac M. Gabriel, Esq.
Quarles & Brady LLP
Renaissance One
Two North Central Avenue
Phoenix, Arizona 85004
*Attorneys for Petitioning Creditor*

-2-
QB\61065918.1
Case 2:19-bk-13061-PS   Doc 25   Filed 01/06/20   Entered 01/06/20 15:24:03   Desc
Main Document     Page 2 of 2